[Civ. No. 12029. Second Appellate District, Division Two.—October 26, 1938.]

ROSE REINGOLD, Appellant, v. NEW JERSEY INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent.

Saul S. Klein and Bertram S. Harris for Appellant.

Thornton, Menzies & Penney for Respondent.

THE COURT.— This case comes on for hearing upon motion of the respondent to dismiss the appeal because of the failure of appellant to file a transcript of the record or brief within the time required by law. It has accompanied the motion with a certificate of the clerk of the superior court showing that no record herein has been prepared by him.

The motion is good; the appeal is dismissed.